IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DUANE STRAIN,<br><br>Defendant. | CR 19-111-BLG-DLC<br><br><br>ORDER |

Counsel for the government moves to appear remotely for the *Faretta* hearing set for March 29, 2021. (Doc. 44.) Defendant Michael Duane Strain does not oppose the motion, and good cause supports it.

Accordingly, IT IS ORDERED that the motion (Doc. 44) is GRANTED. Counsel for the United States may appear via Zoom at the hearing.[1] The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing.

DATED the 23rd day of March, 2021.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

---

[1] Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings