IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–111–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL DUANE STRAIN, | |
| Defendant. | |

Before the Court is the government's Unopposed Motion to Dismiss Indictment Without Prejudice. (Doc. 48.) The government seeks dismissal without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). Nothing in the record indicates that the government moves to dismiss the Indictment for an improper prosecutorial purpose. *See United States v. W.R. Grace*, 429 F. Supp. 2d 1207, 1246–47 (D. Mont. 2006).

Accordingly, IT IS ORDERED that the motion (Doc. 48) is GRANTED, and the Indictment (*sealed* Doc. 1) is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the jury trial set for April 19, 2021 and all associated deadlines are VACATED, and all pending motions are DENIED as moot.

DATED this 30th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court